Chief Justice Saylor and Justices Todd, Donohue, Dougherty, Wecht and Mundy join the opinion.

159 A.3d 928

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jonathon HAMLETTE, Petitioner**

**No. 283 EAL 2016**

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**